IDA M. CUMMINGS, Respondent, *v.* MARY A. LINE, Appellant.

(Submitted June 16, 1893; decided June 30, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon

an order made March 29, 1892, which modified, and affirmed as modified, a judgment in favor of plaintiff, entered upon a verdict.

*P. Chamberlain, Jr.,* for appellant.

*L. M. Norton* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.